JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *David Grabhorn*, | CASE NO. CV 12-8540-GHK (SHx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *HSBC Bank USA, et. al.*, | |
| Defendants. | |

Pursuant to the Court's January 10, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff David Grabhorn's ("Plaintiff") claims against Defendants (1) HSBC Bank USA, as Trustee for Holders of the BCAP LLC Trust 2006-AA2 ("HSBC"); and (2) BAC Home Loans Servicing, LP are **DISMISSED with prejudice.** Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: January 10, 2013.

_____
GEORGE H. KING
Chief United States District Judge